# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIMEE O'NEIL,<br><br>    Plaintiff<br><br>v.<br><br>JOVI SALAS and CARLA NAKATANI,<br><br>    Defendants | Case No.: 2:21-cv-00063-APG-EJY<br><br>**Order Dismissing Case** |

I previously granted plaintiff Aimee O'Neil leave to amend. ECF No. 4.  I advised O'Neil that if she did not file an amended complaint by March 12, 201, I would dismiss and close this case without prejudice. *Id.*  O'Neil did not file an amended complaint.

I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 25th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE